FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 22 2011

GREGORY C. LANGHAM
_____ CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01104-BNB

ARTURO J. MURILLO,

    Applicant,

v.

KEVIN MILYARD, Warden, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

---

## ORDER DIRECTING APPLICANT TO FILE AMENDED APPLICATION

---

Applicant, Arturo J. Murillo, is a prisoner in the custody of the Colorado Department of Corrections who currently is incarcerated at the Sterling, Colorado, correctional facility. Mr. Murillo, acting *pro se*, filed an Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C § 2254. He has paid the $5.00 filing fee.

The Court must construe the application liberally because Mr. Murillo is a *pro se* litigant. **See Haines v. Kerner**, 404 U.S. 519, 520-21 (1972); **Hall v. Bellmon**, 935 F.2d 1106, 1110 (10th Cir. 1991). The Court, however, should not act as a *pro se* litigant's advocate. **See Hall**, 935 F.2d at 1110. For the reasons stated below, Mr. Murillo will be ordered to file an amended application.

Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts requires that Mr. Murillo go beyond notice pleading. **See Blackledge v. Allison**, 431 U.S. 63, 75 n.7 (1977). Naked allegations of constitutional violations devoid of factual support are not cognizable in a federal habeas action. **See Ruark v. Gunter**,

958 F.2d 318, 319 (10th Cir. 1992) (per curiam).  Mr. Murillo must allege on the Court-approved form both the claims he seeks to raise and the specific facts to support each asserted claim.  The Court has reviewed the application submitted to the Court on April 26, 2011, and finds that it is deficient.  Mr. Murillo fails to assert on pages five and six a statement of the claims he intends to raise in this Court.

Therefore, Mr. Murillo will be ordered to file an amended application in which he identifies, on the Court-approved form, the specific claims for relief he is asserting, and the specific facts in support of each asserted claim.

Accordingly, it is

ORDERED that **within thirty days from the date of this order** Applicant, Arturo J. Murillo, file an amended application that complies with this order.  It is

FURTHER ORDERED that the clerk of the Court mail to Mr. Murillo, together with a copy of this order, two copies of the following form, one of which is to be used in completing and filing the amended application: Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254.  It is

FURTHER ORDERED that if Mr. Murillo fails within the time allowed to file an amended application as directed, the action will be dismissed without further notice.

DATED June 22, 2011, at Denver, Colorado.

            BY THE COURT:

            s/ Boyd N. Boland
            United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 11-cv-01104-BNB

Arturo J Murillo
Prisoner No. 132674
Sterling Correctional Facility
PO Box 6000
Sterling, CO 80751

    I hereby certify that I have mailed a copy of the **ORDER and two copies of the Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. §2254 form** to the above-named individuals on June 22, 2011.

GREGORY C. LANGHAM, CLERK

By: _____
               Deputy Clerk