FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG 0 2 2011

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01104-BNB

ARTURO J. MURILLO,

    Applicant,

v.

KEVIN MILYARD, Warden, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

## ORDER OF DISMISSAL

Applicant, Arturo J. Murillo, is a prisoner in the custody of the Colorado Department of Corrections who currently is incarcerated at the Sterling, Colorado, correctional facility. Mr. Murillo, acting *pro se*, filed an Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C § 2254. He paid the $5.00 filing fee.

On June 22, 2011, Magistrate Judge Boyd N. Boland ordered Mr. Murillo to file on the Court-approved form within thirty days an amended application that complied with Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts by alleging both the claims he sought to raise and the specific facts to support each asserted claim. The June 22 order warned Mr. Murillo that, if he failed within the time allowed to file an amended application as directed, the application would be denied and the action would be dismissed without further notice.

Mr. Murillo has failed, within the time allowed, to comply with the June 22 order or otherwise to communicate with the Court in any way.

Accordingly, it is

ORDERED that the habeas corpus application is denied and the action dismissed without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure for the failure of Applicant, Arturo J. Murillo, to comply with the June 22, 2011, order to file an amended application, and for his failure to prosecute.

DATED at Denver, Colorado, this __1st__ day of __August__, 2011.

BY THE COURT:

s/Lewis T. Babcock
LEWIS T. BABCOCK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 11-cv-01104-BNB

Arturo J Murillo
Prisoner No. 132674
Sterling Correctional Facility
PO Box 6000
Sterling, CO 80751

    I hereby certify that I have mailed a copy of the **ORDER and JUDGMENT** to the above-named individuals on August 2, 2011.

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk